**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Charles LAFITY, Defendant–Appellant.**

No. 02–6515.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 5, 2002.

Charles Lafity, Appellant Pro Se. Michael D. Stein, Office of the United States Attorney, Wheeling, West Virginia, for Appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Charles Lafity appeals the district court's order denying his motion for grand jury minutes. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Lafity,* No. CR–93–18 (N.D.W.Va. Feb. 25, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*